UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY L. HUGHES, :
: 
          Plaintiff :
: NO. 3:CV-00-17
-vs- :
: (Judge Kosik)
:
JOSEPH W. CHESNEY, et al., :
:
          Defendants :

## **ORDER**

AND NOW, this 17th day of August, 2005, upon consideration of the plaintiff's motion for enlargement of time filed on August 15, 2005, and the response of counsel for the defendant, Robert O'Connor, M.D., of August 16, 2005,

IT IS HEREBY ORDERED that any further extension to the summary judgment motion of defendant O'Connor will be limited to **September 7, 2005**. This will be the last extension with regard to this summary judgment motion.

FURTHER, since this is plaintiff's first request for enlargement of time to file a response to the motion to dismiss by the Corrections defendants filed on May 27, 2005, the court will grant the plaintiff until **October 5, 2005** to respond.

                                              s/Edwin M. Kosik
                                              United States District Judge